

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00249-CR

**EX PARTE COBY STEWART**

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 486896
The Honorable Robert Behrens, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED April 4, 2018.

_____
Rebeca C. Martinez, Justice